## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| OTTIS DUGAR and DEMITRI DUGAR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Removed from the Circuit Court |
| | ) | of Cook County: |
| vs. | ) | (Case No. 2021 L 006164) |
| | ) | |
| U.S. BANK, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTIFICATION AS TO AFFILIATES

NOW COMES the Defendant U.S. Bank National Association, incorrectly sued as U.S. Bank, by and through its attorneys, Darren P. Grady and Andrea L. Thompson, of SmithAmundsen, LLC, and hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

U.S. Bank National Association and it is affiliates as follows:

U.S. Bancorp is the parent corporation of U.S. Bank National Association. U.S. Bancorp, a financial services holding company is headquartered in Minneapolis, Minnesota and is incorporated in Delaware. U.S. Bank National Association is U.S. Bancorp's banking subsidiary. No other entities own U.S. Bancorp and there are no other corporate members of U.S. Bancorp.

Dated: July 29, 2021

Respectfully submitted,

SMITHAMUNDSEN LLC

　　　　s/Darren P. Grady　　　　
*Attorneys for Defendant*

Darren P. Grady-6289608
Andrea L. Thompson-6310321
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
dgrady@salawus.com
athompson@salawus.com