UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ottis Dugar and Demitri Dugar, | ) | |
| | ) | Removed from the Circuit Court |
| Plaintiffs, | ) | of Cook County |
| | ) | (Case no. 2021-L-006164) |
| v. | ) | |
| | ) | Case no. 21-CV-4052 |
| U.S. Bank National Association, | ) | |
| Teresa Frausto, and Jennifer | ) | Honorable Judge Manish S. Shah |
| Tirado, | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

## SECOND AMENDED COMPLAINT

NOW COME the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, by and through their attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendant, U.S. BANK NATIONAL ASSOCIATION, as follows:

## COUNT I – FALSE ARREST

1. The Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, at all relevant times were residents of Cook County, Illinois.

2. Plaintiff OTTIS DUGAR is 86 years old black male.

3. Plaintiff DEMITRI DUGAR is 67 years old black female.

4. The Defendant, U.S. BANK NATIONAL ASSOCIATION, is an Illinois licensed banking institution with a branch located at 6011 W. North Ave., Oak Park, Illinois 60302 and employing defendants TERESA FRAUSTO and JENNIFER TIRADO.

5. At all relevant times, the Plaintiffs were customers of U.S. BANK NATIONAL ASSOCIATION and had been for some time. U.S. BANK NATIONAL ASSOCIATION is responsible for the actions of its employees, TERESA FRAUSTO and JENNIFER TIRADO.

6. On or about February 26, 2020, at approximately 11:00 a.m., the Plaintiffs went to the U.S. BANK branch at 6011 W. North Ave., Oak Park, Illinois 60302 to conduct a financial transaction.

7. On or about February 26, 2020, a black gentleman, approximately 30-40 years old, attempted to rob the U.S. BANK branch at 6011 W. North Ave., Oak Park, Illinois 60302.

8. This alleged unknown individual was not the Plaintiffs nor had he any connection to the Plaintiff nor was he with the Plaintiffs.

9. The Plaintiffs did not rob the bank or attempt to rob the bank.

10. Neither OTTIS DUGAR nor DEMITRI DUGAR were involved with any attempt to rob the U.S. BANK at 6011 W. North Ave., Oak Park, Illinois 60302.

11. Plaintiffs knew several people working at this branch of the bank, including the security guard.

12. Despite having no connection to any attempted bank robber, TERESA FRAUSTO and/or JENNIFER TIRADO, employees of U.S. BANK, reported to the local police that the Plaintiffs or their vehicle were involved in a bank robbery.

13. The defendants knew that reporting that the DUGARS and/or their vehicle was involved in an attempted bank robbery would result in the arrest and detention of the plaintiffs.

14. Neither Plaintiff OTTIS DUGAR nor Plaintiff DEMITRI DUGAR were involved in the alleged attempted robbery of the U.S. BANK branch located at 6011 W. North Ave., Oak Park, Illinois.

15. Plaintiffs' vehicle, a blue vehicle with plate #2481165, was not involved in the bank robbery.

16. Plaintiffs, who are both black individuals, were simply visiting their financial institution at the same bank branch.

17. Furthermore, Plaintiffs are both elderly individuals, each more than 25 years older than the individual who was purported to have committed the attempted robbery.

18. Each of the Plaintiffs did not match the physical description or the clothing description of the alleged attempted perpetrator.

19. The defendants knew that by notifying the police that the black individuals in the vehicle were in an attempted bank robbery would result in their arrest and seizure.

20. Irrespectively, the defendants reported a female black in her 50s and a black male approximately 60 in a blue pick up truck with license plate #2481165 was involved in an attempted bank robbery.

21. As a result of the callous actions and inactions of U.S. BANK NATIONAL ASSOCIATION, and its employee(s), TERESA FRAUSTO and JENNIFER TIRADO, and their reckless disregard for the safety and wellbeing of the DUGARS, the Plaintiffs' vehicle was stopped by police.

22. As a result of the callous actions and inactions of U.S. BANK NATIONAL ASSOCIATION, and its employee(s), TERESA FRAUSTO and JENNIFER TIRADO, the Plaintiffs were seized at gunpoint, handcuffed, and arrested.

23. The information given by the defendants was the sole basis for the seizure and arrest of the plaintiffs, OTTIS DUGAR and DEMITRI DUGAR.

24. As a result of the callous actions and inactions of U.S. BANK NATIONAL ASSOCIATION, and its employee(s), TERESA FRAUSTO and JENNIFER TIRADO, the Plaintiffs were threatened and mistreated by police.

25. The actions of the defendants in procuring the arrest of the plaintiff was unreasonable.

26. The actions of the defendants, TERESA FRAUSTO, JENNIFER TIRADO, and US Bank were willful, wanton, intentional, and reckless.

27. The actions of the defendants were the proximate cause of the unlawful stop/seizure/arrest of the Plaintiffs OTTIS DUGAR and DEMITRI DUGAR.

28. As a result of the actions of Defendant U.S. BANK NATIONAL ASSOCIATION and its employees, the Plaintiffs suffered fear, pain, suffering, emotional distress, anger, monetary expense, and future fear, anxiety, and emotional distress.

WHEREFORE, the Plaintiffs pray for compensatory damages, punitive damages, and costs.

### COUNT II - 42 USC § 1981

1 - 27. The plaintiffs hereby reallege paragraphs 1- 27 of Count I as their respective allegations of Count II as though fully set forth herein.

28. The claim is based in diversity jurisdiction and 28 USC §1331 and 1341.

29. 42 USC § 1981 states:

> (a) Statement of equal rights
> All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.
>
> (b) "Make and enforce contracts" defined
> For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.
>
> (c) Protection against impairment
> The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

30. The defendant U.S. BANK has had claims, complaints and lawsuits filed against it as a result of their employees' treatment of black customers; whereby the chairman and CEO of US Bancorp has admitted that its employees have shown racial inequality in dealing with black customers. (*See **Exhibit A***: After an October 2020 incident of a black customer was seized by police

and handcuffed after it was reported by U.S. BANK that he cashed a fraudulent check, when in fact the check was not fraudulent).

31. There have been numerous other complaints and lawsuits brought by black customers.

32. The actions of the defendants clearly reflect racial disparagement and the deprivation of the DUGAR's full enjoyment of the accommodations of their bank, US Bank.

33. As a result of the actions of the defendants, the plaintiffs incurred injuries because they were "banking while black."

34. The actions of the defendants violated their constitutional rights as protected by 42 USC § 1981 and were done as a result of the customs, practices, and policies of U.S. BANK.

35. The actions of accusing their black customers were intentional, willful, and wanton.

29. As a result of the actions of Defendant U.S. BANK NATIONAL ASSOCIATION and its employees, the Plaintiffs suffered fear, pain, suffering, emotional distress, anger, monetary expense, and future fear, anxiety, and emotional distress.

WHEREFORE, the Plaintiffs pray for compensatory, punitive damages, attorneys' fees, and costs.

### JURY DEMAND

The plaintiffs request a trial by jury.

> Respectfully submitted,
> OTTIS DUGAR and DEMITRI DUGAR
>
> By: /s/ Gregory E. Kulis
> One of Plaintiffs' Attorneys

**Gregory E. Kulis (Atty. No. 70798)**
**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**p. (312) 580-1830 / f. (312) 580-1839**