UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Ottis Dugar and Demitri Dugar,** | ) | |
| | ) | Removed from the Circuit Court |
| Plaintiffs, | ) | of Cook County |
| | ) | (Case no. 2021-L-006164) |
| v. | ) | |
| | ) | Case no. 21-CV-4052 |
| **U.S. Bank National Association,** | ) | |
| **Teresa Frausto, and Jennifer** | ) | Honorable Judge Manish S. Shah |
| **Tirado,** | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

## EXHIBIT A TO
## PLAINTIFF'S SECOND AMENDED COMPLAINT

"'We Fell Short': U.S. Bank CEO Apologizes Over Treatment of Black Customer at Columbia

Heights Branch," article dated December 11, 2021.

Gregory E. Kulis (Atty. No. 6180966)
Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
p. (312) 580-1830 / f. (312) 580-1839

# Bring Me The News.

HOME > MN NEWS

DEC 11, 2021

# 'We fell short': U.S. Bank CEO apologizes over treatment of Black customer at Columbia Heights branch

**The incident surfaced this week thanks to a KSTP report.**

BY **DECLAN DESMOND**



[Paul Heaberlin, Flickr](#)



Over a year after a Black man ended up in handcuffs while trying to cash his paycheck at a US Bank location, the head of the company is apologizing to the community.

This comes days after [KSTP published its "Banking While Black" story](#), which brought to light police [body cam video](#) from an October 2020 incident at the bank's Columbia Heights branch.

As KSTP reported, Joe Morrow was waylaid at the location after staff there suspected him of trying to cash a fraudulent check. The police were called, and officers handcuffed him — though, ultimately, the check was confirmed to be real.

U.S. Bank "disputed Morrow's allegations of racial profiling but quietly agreed to a confidential settlement" with him two weeks after KSTP "started asking questions," the report notes.

However, the letter from U.S. Bank CEO Andy Cecere, issued Friday, marks a sharp change in tone from earlier statements.

"I am deeply sorry for where we failed and accept full responsibility," Cecere writes:



Andy Cecere
Chairman, President and CEO
800 Nicollet Mall
Minneapolis, MN 55402

usbank.com

December 10, 2021

To our Minneapolis community,

Every day we strive to provide a welcoming, inclusive and positive experience for our customers. Even with our best efforts and intentions, we sometimes fall short of expectations and when we do, we take the opportunity to learn and grow from the experience.

I am deeply sorry for where we failed and accept full responsibility. Our commitment to racial equity and inclusion, and that of U.S. Bank, is unwavering.

What Mr. Morrow experienced is not the experience any customer should have. All of our employees, including executive management, are required to complete two levels of unconscious bias training, in addition to other training to prevent bias and negative customer experiences. Sometimes, unfortunately, we don't live up to our goals.

We are revisiting and expanding our employee training and guidance on how to work with customers in a more empathetic manner, recognizing the need to be culturally sensitive. We are committed to enhancing our training programs, processes and procedures to ensure all employees have the right tools and resources to help prevent this from happening in the future. We're dedicated to fair and responsible banking practices and have policies in place designed to help ensure all customers are treated fairly and with respect.

While we are not perfect, improving racial equity has been an area of intense focus for U.S. Bank, including donating our branch at 2800 Lake Street in Minneapolis for community redevelopment, helping close the homeownership gap by hiring more Black loan officers and appraisers, and supporting the growth and expansion of small businesses in the Black community. This work builds on our over $100 million annual U.S. Bank Access Commitment to close racial disparities, including actions like increased supplier spend, innovative products and services and improving customer experiences.

We are listening to the community we live and work in and learning from them. In the case of Mr. Morrow, we fell short and I apologize on behalf of the bank. We will continue to listen and learn from the community as we expand our efforts to advance the cause of equality for all.

Sincerely,

Andy Cecere

employees are required to complete "two levels" of unconscious bias training."

Nonetheless, Cecere adds, "we are revisiting and expanding our employee training and guidance on how to work with customers in a more empathetic manner, recognizing the need to be culturally sensitive."

The letter also notes U.S. Bank's past racial equity efforts, including "helping close the homeownership gap by hiring more Black loan officers and appraisers," and donating the 2800 Lake Street branch for community redevelopment following last year's George Floyd protests.

"We will continue to listen and learn from the community as we expand our efforts to advance the cause of equality for all," Cecere concludes.

U.S. Bank is headquartered in downtown Minneapolis, and operates more than 2,000 branches across 26 states, according to the company's fact sheet.

